[No. 41824-6-I.    Division One.    June 1, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. W.J.C.,
*Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-8-05970-6, Charles V. Johnson, J., entered December 10, 1997. *Affirmed* by unpublished per curiam opinion.

[No. 41966-8-I.    Division One.    June 1, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD DEAN LEONARD, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-1-04538-8, Steven G. Scott, J., entered January 12, 1998. *Affirmed* by unpublished per curiam opinion.

[No. 42017-8-I.    Division One.    June 1, 1999.]

HANOVER CAPITAL PARTNERS, LTD., ET AL., *Respondents*, v. EUGENE HORBACH, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 96-2-05601-4, Robert S. Lasnik, J., entered December 18, 1997. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Agid, A.C.J., and Cox, J.

[No. 42019-4-I.    Division One.    June 1, 1999.]

TIMOTHY BOSSERMAN, *Appellant*, v. SUSAN BOSSERMAN, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 97-3-06246-6, William L. Downing, J., entered December 19, 1997. *Affirmed* by unpublished opinion per Baker, J., concurred in by Webster and Cox, JJ.